David RAY, Plaintiff,

v.

Joseph EDWARDS, Individually and In His Official Capacity as Commissioner of The Department of Human Resources, State of Georgia; Ilhan Ermutlu, Individually and In His Official Capacity As Director of The Division of Mental Health and Mental Retardation for The Department of Human Resources, State of Georgia; and The Georgia Association for Retarded Citizens, A Georgia Corporation, Defendants.

Civ. A. No. C81–2129A.

United States District Court,
N.D. Georgia,
Atlanta Division.

June 29, 1984.

ORDER

SHOOB, District Judge.

IT IS HEREBY ORDERED that the Order of this Court of September 30, 1982, in the above-styled case, published at 557 F.Supp. 664 (N.D.Ga.1982) is hereby vacated.

See 11th Cir., 725 F.2d 655.